UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPINE, PLLC,

          Plaintiff,

CASE NO. 14-CV-14729
HONORABLE GEORGE CARAM STEEH

and

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, *d/b/a* MICHIGAN
SURGICAL HOSPITAL,

          Intervening Plaintiff,

v.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, a foreign
corporation,

          Defendant.

_____/

ORDER PERMITTING INTERVENING
PLAINTIFF SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC TO FILE INTERVENING COMPLAINT

This is a first-party no-fault action brought by a healthcare provider to recover personal injury protection benefits for services it rendered to Otis McCary after his involvement in a motor vehicle accident. On April 23, 2015, the court held a Rule 16 scheduling conference with the parties. At the conference, counsel for Southeast Michigan Surgical Hospital, LLC, d/b/a Michigan Surgical Hospital (the "intervening plaintiff"), appeared and informed the court that intervening plaintiff had properly filed an intervening complaint in Wayne County Circuit Court prior to defendant being served with plaintiff's complaint, and prior to removal of the action to this court. Counsel for the intervening

plaintiff orally requested permission to file the intervening complaint in this court. Following the discussion with counsel at the Rule 16 conference, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that intervening plaintiff Southeast Michigan Surgical Hospital, LLC, d/b/a Michigan Surgical Hospital, shall be permitted to file its intervening complaint in this action.

IT IS SO ORDERED.

Dated: May 4, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 4, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk